PETER MICHALSKY, PETITIONER, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, RESPONDENT.

*Mr. Peter Michalsky, in propria persona,* for the petitioner.

November 29, 1954.   Denied.

JOHN LERTCH, PLAINTIFF-RESPONDENT, v. TRENTON TRANSIT *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. George Gildea* for the petitioners.

*Mr. Bernard A. Campbell* for the respondent.

November 29, 1954.   Granted.